## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SINCLAIR L.D. JOHNSON INTERNATIONAL, INC. & SINCLAIR L.D. JOHNSON** | : : : : | **CIVIL ACTION NO. 1:06-CV-2256** (Judge Conner) |
| **Plaintiffs** | : | |
| v. | : : | |
| **FAULKNER NISSAN, INC.** | : : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 16th day of March, 2007, upon consideration of defendant's motion to dismiss (Doc. 3) the original complaint (Doc. 1), and it appearing that an amended complaint (Doc. 16) has been filed, it is hereby ORDERED that defendant's motion (Doc. 3) to dismiss the original complaint is DENIED as moot.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge