IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SINCLAIR L.D. JOHNSON INTERNATIONAL, INC. & SINCLAIR L.D. JOHNSON** : | CIVIL ACTION NO. 1:06-CV-2256 |
| : | (Judge Conner) |
| **Plaintiffs** : | |
| v. : | |
| **FAULKNER NISSAN, INC.** : | |
| **Defendant** : | |

## ORDER

AND NOW, this 9th day of April, 2007, upon consideration of the stipulation executed by counsel for the parties (Doc. 19), indicating that the parties have agreed that the deadline for defendant to file an answer to plaintiffs' amended complaint has been extended to April 24, 2007, and it appearing that the stipulation should be construed as an unopposed motion for an enlargement of time in which to file an answer or other responsive pleading,[1] it is hereby ORDERED that the motion (Doc. 19) is GRANTED as so construed. Defendant shall file an answer or other responsive pleading on or before April 24, 2007.

        S/ Christopher C. Conner
        CHRISTOPHER C. CONNER
        United States District Judge

---

[1] Neither the Federal Rules of Civil Procedure nor the Local Rules grant parties independent authority to extend case management deadlines absent approval by the court. See FED. R. CIV. P. 6(b), 16(b); see also L.R. 1.3; cf. FED. R. CIV. P. 29 (stating that parties may generally modify discovery deadlines by stipulation but that court approval is required if a modification "would interfere with" case management deadlines).