IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SINCLAIR L.D. JOHNSON INTERNATIONAL, INC. &** | : | **CIVIL ACTION NO. 1:06-CV-2256** |
| **SINCLAIR L.D. JOHNSON** | : | **(Judge Conner)** |
| **Plaintiffs** | : | |
| v. | : | |
| **FAULKNER NISSAN, INC.** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 10th day of May, 2007, upon consideration of the second motion for a more definite statement (Doc. 21), and of the stipulation executed by counsel for the parties (Doc. 23), indicating that the parties have agreed to withdraw the motion for a more definite statement and to extend the deadline for defendant to file an answer to plaintiffs' amended complaint to May 29, 2007, and it appearing that the stipulation should be construed as an unopposed motion for an enlargement of time in which to file an answer,[1] it is hereby ORDERED that:

1. The motion (Doc. 23) is GRANTED as so construed.

2. Defendant shall file an answer or other responsive pleading on or before May 29, 2007.

3. The second motion for a more definite statement (Doc. 21) is deemed WITHDRAWN.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

---

[1] Neither the Federal Rules of Civil Procedure nor the Local Rules grant parties independent authority to extend case management deadlines absent approval by the court. See FED. R. CIV. P. 6(b), 16(b); see also L.R. 1.3; cf. FED. R. CIV. P. 29 (stating that parties may generally modify discovery deadlines by stipulation but that court approval is required if a modification "would interfere with" case management deadlines).